### EMMA BRUMBAUGH v. STATE.

No. A-2272.

Appeal from County Court, Comanche County;

H. N. Whalin, Judge.

Emma Brumbaugh was convicted of violating the prohibitory law, and appeals. Reversed.

J. F. Thomas, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Emma Brumbaugh, was convicted at the January, 1914, term of the county court of Comanche county on a charge of selling intoxicating liquor, and adjudged to pay a fine of three hundred thirty dollars and to be imprisoned in the county jail for a period of one hundred days.

The Attorney General has conceded error in this case and advised the court that in his opinion the judgment of conviction should be reversed.

An examination of the record sustains the confession in error. The judgment of conviction is, therefore, reversed and the cause remanded, with directions to grant a new trial.